# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 07-1281 PA |
| Plaintiff, | |
| vs. | ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Monterroso | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CA/CA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___PSA reports (ons + ap Artall)___

|     |                                                                                                                                                                                                                                                                                   |
| --- | --- |
| 1   | _____                                                                                                                                                                                                                                     |
| 2   | _____                                                                                                                                                                                                                                     |
| 3   | _____                                                                                                                                                                                                                                     |
| 4   | and/or                                                                                                                                                                                                                                                                             |
| 5   | B.   ( )  The defendant has not met his/her burden of establishing by |
| 6   | clear and convincing evidence that he/she is not likely to pose |
| 7   | a danger to the safety of any other person or the community if |
| 8   | released under 18 U.S.C. § 3142(b) or (c). This finding is based |
| 9   | on:_____ |

```
         1   _____
         2   _____
         3   _____
         4        and/or
         5   B.   ( )  The defendant has not met his/her burden of establishing by
         6        clear and convincing evidence that he/she is not likely to pose
         7        a danger to the safety of any other person or the community if
         8        released under 18 U.S.C. § 3142(b) or (c).  This finding is based
         9        on:_____
        10   _____
        11   _____
        12   _____
        13
        14        IT THEREFORE IS ORDERED that the defendant be detained pending
        15   the further revocation proceedings.
        16
        17   Dated:  __1/25/11__
        18
        19                                    _____/s/_____
        20                                    UNITES STATES MAGISTRATE JUDGE
        21
        22
        23
        24
        25
        26
        27
        28
```